

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

# O R D E R

After this court granted two prior extensions of time, appellee's brief is due August 29, 2018. Appellee has now filed a third motion for extension of time, asking for an additional fourteen days in which to file its brief. The motion is unopposed. After review, we **GRANT** appellee's motion and **ORDER** appellee to file its brief in this court **on or before September 12, 2018. Appellee is advised that no further extension of time to file the brief will be granted absent written proof of extraordinary circumstances**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court